AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CHARLES PLACE ASSOCIATES

V.

CARRIER CORPORATION, Individual

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 368S

TO: (Name and address of Defendant)

CARRIER CORPORATION, c/o
CT Corporation System
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

10-3-07

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10/4/07 |
|---|---|
| NAME OF SERVER (PRINT) Michael F. Taliercio | TITLE Constable #6109 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served - Carrier Corporation c/o CT Corporation System 10 Weybosset St. Prov. R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/4/07
Date

DATE 10-4-07
[redacted]
MICHAEL F. TALIERCIO
Michael F. Taliercio
CONSTABLE #6109
Dis-Interested party

Signature of Server

24 Tome St. Cranston R.I.
Address of Server

Joanne Casale

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.