UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES PLACE ASSOCIATES | : | |
| | : | |
| VS. | : | C.A. NO. 07-368 |
| | : | |
| CARRIER CORPORATION | : | |

**STIPULATION**

Defendant, Carrier Corporation, may have up to and including November 7, 2007, within which to file its responsive pleading.

/s/ John B. Reilly___________
John B. Reilly #1811
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
(401) 272-2800
(401) 272-2811 (fax)
jreilly@lawyers-online.us

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
Attorney for Defendant,
Carrier Corporation
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 23rd day of October, 2007, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John B. Reilly #1811
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
jreilly@lawyers-online.us

______________________________