SERVICE AGREEMENT INVOICE

| CUSTOMER ORDER NO.-FINAL BILL INDICATOR | | DATE | INVOICE NUMBER |
|---|---|---|---|
| CHARLIE TAPALIAN | | 08/01/07 | T001008088 |

| CUSTOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| C20066 | R04001 | | 204A40304 | 104004 | | | | 1 |

004 CONTR. LIC. #

PLEASE REMIT PAYMENT TO:

CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

SOLD TO: CHARLES PLACE ASSOCIATION
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

SHIP TO: CHARLES STREET
460 CHARLES ST
PROVIDENCE, RI

MARK FOR:

| REGION | SALESMAN | TERMS | DAYS ALLOWED | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 000 | | 0.000 | |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | | |

| G.P. | CONTROL NO. | WHSE | TP SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | TRA | 01TO | | RI---- |

UNITED TECHNOLOGIES CARRIER

CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

CARRIER RESERVES THE RIGHT TO ASSESS INTERESTS AT THE MAXIMUM RATE ALLOWABLE BY LAW ON AMOUNTS PAST DUE.

NOTES:

| LINE | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | | SERVICE AGREEMENT | | | | | | 9674.00 |
| | | EFFECTIVE 05/01/07 | | | | | | |
| | | FR 08/01/07-10/31/07 | | | | | | |
| | | | | | | | SUBTOTAL | 9674.00 |
| | | | | | | | TOTAL | 9674.00 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD,
VISA AND AMERICAN EXPRESS.

CARRIER CORPORATION, A DELAWARE CORP, F.E.I.N. 06-0991716

0%0 DAYS NET 30 DAYS DUE ON RECEIPT 9674.00 AMOUNT

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF ...ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS.

CUSTOMER ORIGINAL

# INVOICE

| CUSTOMER ORDER NO.-FINAL BILL INDICATOR | | DATE | INVOICE NUMBER |
|---|---|---|---|
| CHARLES TARPALIAN N | | 08/14/07 | B001684626 |

| CUSTOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| C20066 | RD4001 | | 704B14215 | 600040 | | | | 1 |

104 004 CONTR. LIC. #

SOLD TO: CHARLES PLACE ASSOCIATION
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

PLEASE REMIT PAYMENT TO:

CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

SHIP TO: CHARLES STREET
460 CHARLES ST
PROVIDENCE, RI

MARK FOR:

| REGION | SALESMAN | TERMS | DAYS ALLOWED | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 001 | | 0.000 | N |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | 1067 | 08/14/07 |

| O.P. | CONTROL NO. | WHSE | TP SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | SPA | CBSB | | RI---- |

UNITED TECHNOLOGIES CARRIER

CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

CARRIER RESERVES THE RIGHT TO ASSESS INTERESTS AT THE MAXIMUM RATE ALLOWABLE BY LAW ON AMOUNTS PAST DUE.

NOTES:

| LINE | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | 19 | LABOR -STRAIGHT TIME | HRS-1.0N | EA | | | 140.00 | 2660.00 |
| 002 | 4 | LABOR - TIME AND 1/2 | HRS-1.5N | EA | | | 210.00 | 840.00 |
| 003 | 4 | LABOR -STRAIGHT TIME | HRS-1.0N | EA | | | 150.00 | 600.00 |
| 004 | 1 | PARTS - CARRIER | PTS-CAC | EA | | | 12624.00 | 12624.00* |
| 005 | 1 | PARTS - CARRIER | PTS-CAC | EA | | | 1595.00 | 1595.00* |
| 006 | 3 | FUEL SURCHARGE | FUEL-SUR | EA | | | 25.00 | 75.00 |

REPLACE REFRIG PUMP & CCN 6400 CNTLR DUE TO ELECTRICAL SHORT IN BLDG EXHAUST FAN WHICH CAUSED BLDG TO SINGLE PHASE THIS CAUSED PUMP & CTLR TO SINGLE PHASE

| | | |
|---|---|---|
| | SUBTOTAL | 18394.00 |
| 7.000% | STATE TAX | 995.33 |
| | TOTAL | 19389.33 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD, VISA AND AMERICAN EXPRESS.

CARRIER CORPORATION, A DELAWARE CORP. F.E.I.N. 06-0991714

1 1/4 % 10 DAYS N30 DUE 09/13/07 NET

AMOUNT 19389.33

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF ...ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS.

CUSTOMER ORIGINAL

E/V1 OVLAY.0020

INVOICE

| CUSTOMER ORDER NO.--FINAL BILL INDICATOR | | DATE | INVOICE NUMBER |
|---|---|---|---|
| CHARLIE TAPALIAN Y | | 08/22/07 | B001689847 |

| CUSTOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| C20066 | R04001 | | 704B14166 | 600040 | | | | 1 |

104 004 CONTR. LIC. #

PLEASE REMIT PAYMENT TO:

CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

SOLD TO: CHARLES PLACE ASSOCIATION
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

SHIP TO: CHARLES STREET
460 CHARLES ST
PROVIDENCE, RI

MARK FOR:

| REGION | SALESMAN | TERMS | DAYS ALLOWED | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 001 | | 0.000 | N |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | 1067 | 08/22/07 |

| O.P. | CONTROL NO. | WHSE | TP SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | 04A | CBSE | | RI---- |

UNITED TECHNOLOGIES CARRIER

CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

CARRIER RESERVES THE RIGHT TO ASSESS INTERESTS AT THE MAXIMUM RATE ALLOWABLE BY LAW ON AMOUNTS PAST DUE.

NOTES:

| LINE | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | 4 | LABOR - TIME AND 1/2 | HRS-1.5 | EA | | | 210.00 | 840.00 |
| 002 | 1 | FUEL SURCHARGE | FUEL-SUR | EA | | | 25.00 | 25.00 |
| | | EMERG SVC 6/28 ABSORBER IN ALARM BOTH | | | | | | |
| | | CHILLED WATER PUMPS TRIPPED ON OVERLOAD | | | | | | |
| | | RESET PUMPS, ABSORBERS MONITOR SYSTEM ONLINE | | | | | | |
| | | | | | | | SUBTOTAL | 865.00 |
| | | | | | | | TOTAL | 865.00 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD,
VISA AND AMERICAN EXPRESS.

CARRIER CORPORATION, A DELAWARE CORP.
F.E.I.N. 06-0991716

1 1/4 % 10 DAYS N30 DUE 09/21/07 NET 865.00 AMOUNT

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF ...ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS.

CUSTOMER ORIGINAL

8/91 DVLAY=0020

# INVOICE

| CUSTOMER ORDER NO.-FINAL BILL INDICATOR | DATE | INVOICE NUMBER |
|---|---|---|
| CHARLIE TAPALIAN N | 10/23/07 | B001719774 |

| CUSTOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| C20086 | R04001 | | 704B14259 | 600040 | | | | 1 |

104 004 CONTR. LIC. #

SOLD TO: CHARLES PLACE ASSOCIATION
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

PLEASE REMIT PAYMENT TO:
CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

SHIP TO: CHARLES STREET
460 CHARLES ST
PROVIDENCE, RI

| REGION | SALESMAN | TERMS | DAYS ALLOWED | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 001 | | 0.000 | N |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | 1067 | 10/23/07 |

| D.P. | CONTROL NO. | WHSE | YP SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | 04A | CBSE | | RI---- |

MARK FOR:

UNITED TECHNOLOGIES CARRIER
CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

CARRIER RESERVES THE RIGHT TO ASSESS INTERESTS AT THE MAXIMUM RATE ALLOWABLE BY LAW ON AMOUNTS PAST DUE.

NOTES:

| LINE | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | 100 | LABOR -STRAIGHT TIME | HRS-1.0 | EA | | | 135.00 | 13500.00 |
| 002 | 8 | LABOR - TIME AND 1/2 | HRS-1.5 | EA | | | 210.00 | 1680.00 |
| 003 | 1 | PARTS - CARRIER | PTS-CAC | EA | | | 4122.90 | 4122.90* |
| 004 | 1 | PARTS - OTHER | PTS-ZZZN | EA | | | 218.70 | 218.70 |
| 005 | 1 | RENTAL EQUIPMENT | RENT-EQN | EA | | | 697.16 | 697.16 |
| 006 | 1 | FUEL SURCHARGE | FUEL-SUR | EA | | | 125.00 | 125.00 |

REPAIRS TO MAIN TURBINE PLANT 9/16-10/16
REPLACE FUEL GAS BOOSTER PUMP COMPRESSOR
FOR MTS 1 & 8 REPLACED SENSOR, HARNESS &
(2) LCM FANS RECHARGE MT BATTERIES PROVIDE
EMERGENCY GENERATOR REPAIRS COMPLETE
PLANT RUNNING AS DESIGNED

| | | |
|---|---|---|
| | SUBTOTAL | 20343.76 |
| 7.000% | STATE TAX | 288.60 |
| | TOTAL | 20632.36 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD,
VISA AND AMERICAN EXPRESS.

| | | | |
|---|---|---|---|
| CARRIER CORPORATION, A DELAWARE CORP. F.E.I.N. 06-0971716 | 1 1/4 % 10 DAYS N30 DUE 11/22/07 NET | 20632.36 | AMOUNT |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF ...ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS.

CUSTOMER ORIGINAL

6/91 OVLAY-0020

SERVICE AGREEMENT INVOICE

| CUSTOMER ORDER NO.-FINAL BILL INDICATOR | | | DATE | INVOICE NUMBER |
|---|---|---|---|---|
| CHARLIE TAPALIAN | | | 11/01/07 | T001014787 |

| CUSTOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| C20066 | R04001 | | 204A40304 | 104004 | | | | 1 |

004 CONTR. LIC. #

SOLD TO: CHARLES PLACE ASSOCIATION
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

PLEASE REMIT PAYMENT TO:

CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

SHIP TO: CHARLES STREET
460 CHARLES ST
PROVIDENCE, RI

| REGION | SALESMAN | TERMS | DAYS ALLOWED | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 000 | | 0.000 | |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | | |

| O.P. | CONTROL NO. | WHSE | TP SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | TRA | 01T0 | | RI---- |

MARK FOR:

UNITED TECHNOLOGIES CARRIER

CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

CARRIER RESERVES THE RIGHT TO ASSESS INTERESTS AT THE MAXIMUM RATE ALLOWABLE BY LAW ON AMOUNTS PAST DUE.

NOTES:

| LINE | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | | SERVICE AGREEMENT EFFECTIVE 05/01/07 FR 11/01/07-01/31/08 | | | | | | 9674.00 |
| | | | | | | SUBTOTAL | | 9674.00 |
| | | | | | | TOTAL | | 9674.00 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD,
VISA AND AMERICAN EXPRESS.

CARRIER CORPORATION, A DELAWARE CORP.
F.E.I.N. 06-0991716

0%0 DAYS NET 30 DAYS DUE ON RECEIPT 9674.00 AMOUNT

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF ...ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS.

CUSTOMER ORIGINAL

6/91

INVOICE

| CUSTOMER ORDER NO.-FINAL BILL INDICATOR | | DATE | INVOICE NUMBER |
|---|---|---|---|
| CHARLIE TAPALIAN N | | 07/26/07 | B001677572 |

| CUSTOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| N0133001 | R04002 | | 204A40304 | 600040 | | | | 1 |

104 004 CONTR. LIC. #

PLEASE REMIT PAYMENT TO:

CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

SOLD TO: NAPLES HOLDING CORP
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

SHIP TO: 460 CHARLES PLACE
460 CHARLES PLACE
PROVIDENCE, RI

MARK FOR:

| REGION | SALESMAN | TERMS | DAYS ALLOWED | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 001 | | 0.000 | N |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | 1067 | 07/26/07 |

| D.F. | CONTROL NO. | WHSE | TP SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | 04A | CBSB | | RI---- |

UNITED TECHNOLOGIES CARRIER

CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

CARRIER RESERVES THE RIGHT TO ASSESS INTERESTS AT THE MAXIMUM RATE ALLOWABLE BY LAW ON AMOUNTS PAST DUE.

NOTES:

| LINE | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | 1 | CONTR BASIC COV SERVICE AGREEMENT MAY, JUNE & JULY 07 | CONTRACL | EA | | | 9674.00 | 9674.00 |
| | | | | | | SUBTOTAL | | 9674.00 |
| | | | | | | TOTAL | | 9674.00 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD,
VISA AND AMERICAN EXPRESS.

| CARRIER CORPORATION, A DELAWARE CORP. F.E.I.N. 06-0993716 | 1 1/4 % 10 DAYS N30 DUE 08/25/07 NET | AMOUNT 9674.00 |
|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF ...ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS.

CUSTOMER ORIGINAL