# EXHIBIT A

**Commercial Service**

July 12, 2005

**Charles Place Associates**
460 Charles Street
Providence, RI 02904
Attention: Mr. Charles Tapalian

Subject: Combined Power Heat and Chilled Water System
Quote No. **404-RMG-051B**

Dear Mr. Tapalian,

Carrier Commercial Systems and Services is pleased to provide this quotation to furnish and install a Combined Heat and Power system and auxiliary equipment as follows:

**Scope of Work**

1) Provide professional project management and supervision of trades.
2) Rig and set eight (8) Microturbines and four (4) gas compressors.
3) Rig and set one (1) 180 ton absorption chiller.
4) Rig and set one (1) hot boiler per design specifications.
5) Rig and set two (2) hot/chilled water circulating pumps.
6) Rig and set two (2) condenser water pumps.
7) Rig and set two (2) domestic water pumps.
8) Rig and set one (1) cooling tower.
9) Fabricate and install chilled water and condenser water headers for new absorption chiller.
10) Fabricate and install piping for hot water boiler.
11) Fabricate and install hot/chilled water piping mains and fan coil piping in the following areas:

- New mechanical room
- From mechanical room in trench to Charles Place
- Through ground floor ceiling area
- Up three riser locations to the tenth floor as specified
- Riser installations includes hole coring and fire stopping as required
- Provide and install takeoff valves at each floor location
- Provide and install supply and return piping for each fan coil unit as shown on Witham and Associates drawing dated 5/17/04
- Fan coils to be piped consist of 314 FC-1 units, (200 CFM each) and 20 FC-2 units, (400 CFM each)
- Fan coil units to be piped using non-soldered, crimped fittings

Carrier Corporation
780 Dedham Street
Suite #100
Canton, MA 02021
781.774.6350 Fax 781.774.6351

12) Fabricate and install domestic hot water lines from mechanical room location through trench and into ground floor mechanical room to heat exchanger located next to existing storage tank.
13) Install air handling unit, provided by others, for meeting room on first floor. Sheet metal work to be Y shaped construction, with open return at unit.
14) Provide and install gas fired unit heater for new mechanical room.
15) Insulate all new chilled water and hot water piping, inclusive of underground piping.
16) Install gas piping from gas main to compressors and micro turbines.
17) Install stainless steel breaching from microturbines to absorption chiller inclusive of one (1) by-pass line to be extended 3' above roofline.
18) Start-up and commissioning of the entire system.

**CHP Equipment Specification**

A)

| **Item Description** | **Part No.** | **Units** |
|---|---|---|
| Dual Mode/Stand Alone Microturbine-UTC Color & Logo | CAP60R-HD4-BUOU | 6 |
| Dual Mode / Stand Alone Microturbine with CHP | | 2 |
| MultiPack calbe & Terminator Kit (`15) | CAP509949-100 | 6 |
| Damper, Backflow (8" Diameter) | CAP516221-100 | 6 |
| Remote Monitoring System & 1 Yr. Monitoring Service | PWR58614-01 | 1 |
| Fuel Gas Booster-Horizontal Scroll | CAP51692-100 | 4 |
| External Fuel Kit-High Pressure | CAP507849-101 | 4 |
| Acoustic Inlet Hood-UTC Color & Logo | CAO516253-200 | 8 |
| Surge Suppressor | CAP510694-001 | 8 |
| Emergency Stop | CAP508490-101 | 2 |
| Carrier 16DNP012 Absorption Chiller/Heater<br>175 F / 4-Pipe System (150 psig Aux. HX)<br>150 psig absorber, condenser & evaporator<br>Four Pass, Inlet on end opposite control panel<br>ANSI 150 psig RF Flanges<br>Absorber condenser Flow Switch | 16DNP012-H000S-01 | 1 |
| Standard PC360M and PT120 Exhaust Ducting | PWR58617-03 | 1 |
| Duct, Chiller Outlet, Vertical | PWR58560-01 | 1 |
| Duct, Chiller Inlet, Vertical | PWR58559-01 | 1 |
| Auxiliary Heat Exchanger (Trigen) | | 1 |
| Plate &frame heat exchanger | | 1 |

For the above we quote..........................................................$1,958,000.00
(One Million Nine Hundred Fifty Eight Thousand Dollars and 00/100)

Carrier will require mobilization and progress payments, to be determined, upon issuance of order.

**Prepayment Option**

Should Charles Place Associates wish to prepay 90% of the project cost within 15 days of issuance on an order, a $75,000 prepay discount shall apply.

**Work By Others**

- All labor and materials for electrical power wiring, control wiring and any other electrical work to be performed by others.
- Trenching from new mechanical building to Charles Place.
- Fabrication and installation of cooling tower support frame and footings.
- Purchase and installation, (mounting), of fan coil units and pipe enclosures. Control valves for each fan coil to be provided by others, and mounted on each unit by fan coil manufacturer.
- Fire stopping at all horizontal locations.
- Horizontal hole coring and demolition and replacement of any interior walls needed for pipe access.
- Balancing of hot/chilled water systems, if required, by others.
- City of Providence firewatch fireman in attendance, if required, by others.
- Cost to obtain City of Providence permit by others. Carrier to apply for permit on behalf of Charles Place Associates.

The quoted price includes labor, (on a straight time basis), material, transportation, tools, and supervision as outlined. Only the items listed above are included in the price as quoted. Any additional work, if required, would be performed only upon your authorization and billed in addition to the quoted price. Material furnished by Carrier will be supplied in accordance with contractual requirements. Prices quoted do not include any sales, excise or similar taxes, it being understood that any which may apply will be added at cost.

We trust this quotation meets with your approval. Should you have any questions, please do not hesitate to call. Thank you for the opportunity to be of service.

Sincerely,

**CARRIER CORPORATION**

*Michael A. Guyder*
Service Representative
Carrier Corporation

*Robert S. Fitzpatrick*
Service Representative
Carrier Corporation

Authorized Acceptance signature ______________________ Date ______________

Title ______________________