# EXHIBIT D

# INVOICE

| TOMER ORDER NO.-FINAL BILL INDICATOR | | DATE | INVOICE NUMBER |
|---|---|---|---|
| CHARLIE TAPALIAN | N | 10/23/07 | 8001719774 |

| TOMER CODE | CUSTOMER SHIP TO | CUSTOMER'S RESALE OR EXPORT NUMBER | WORK ORDER NO. | BRANCH | PRIORITY | TRANSACTION | SHIP METHOD | PAGE |
|---|---|---|---|---|---|---|---|---|
| 220066 | R04001 | | 704814259 | 600040 | | | | 1 |

104 004 CONTR. LIC. #

D CHARLES PLACE ASSOCIATION
ATTN: CHARLIE TAPALIAN
44 DAVIS ST
SEEKONK MA 02771

PLEASE REMIT PAYMENT TO:

CARRIER CORPPORATION
P.O.BOX # 905303
CHARLOTTE, NC 28290-5303
INCLUDE YOUR CUSTOMER CODE
WHEN SUBMITTING PAYMENT

P CHARLES STREET
460 CHARLES ST
PROVIDENCE, RI

| REGION | SALESMAN | TERMS | DAYS ALL'D | DISCOUNT | INSURANCE |
|---|---|---|---|---|---|
| 004 | | 001 | | 0.000 | N |

| BILL OF LADING NUMBER | SHIPMENT WEIGHT | CONTAINER TYPE | NO. OF CONTAINERS |
|---|---|---|---|
| | | | |

| SHIPPED VIA | DESTINATION CODE | SHIPPED DATE |
|---|---|---|
| | 1067 | 10/23/07 |

| O.P. | CONTROL NO. | WHSE | TYPE SALE | PACKING LIST | TAX CODE |
|---|---|---|---|---|---|
| | | 04A | CBSB | | RI---- |

Carrier
A United Technologies Company

CARRIER PARKWAY
P.O. BOX 4808
SYRACUSE, NEW YORK USA 13221
DIVISION OF CARRIER CORPORATION

RK
R:

CARRIER RESERVES THE RIGHT TO
ASSESS INTERESTS AT THE MAX-
IMUM RATE ALLOWABLE BY LAW ON
AMOUNTS PAST DUE.

NOTES:

| E | QTY. SHIPPED | PART NUMBER/NOTES | DESCRIPTION | U/M | UNIT LIST PRICE | MULTIPLIER | UNIT NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01 | 100 | LABOR -STRAIGHT TIME | HRS-1.0 | EA | | | 135.00 | 13500.00 |
| 02 | 8 | LABOR - TIME AND 1/2 | HRS-1.5 | EA | | | 210.00 | 1680.00 |
| 03 | 1 | PARTS - CARRIER | PTS-CAC | EA | | | 4122.90 | 4122.90* |
| 04 | 1 | PARTS - OTHER | PTS-ZZZN | EA | | | 218.70 | 218.70 |
| 05 | 1 | RENTAL EQUIPMENT | RENT-EQN | EA | | | 697.16 | 697.16 |
| 06 | 1 | FUEL SURCHARGE | FUEL-SUR | EA | | | 125.00 | 125.00 |

REPAIRS TO MAIN TURBINE PLANT 9/16-10/16.
REPLACE FUEL GAS BOOSTER PUMP COMPRESSOR.
FOR MTS 1 & 8 REPLACED SENSOR, HARNESS &
(2) LCM FANS RECHARGE MT BATTERIES PROVIDE
EMERGENCY GENERATOR REPAIRS COMPLETE
PLANT RUNNING AS DESIGNED

| | | |
|---|---|---|
| | SUBTOTAL | 20343.76 |
| 7.000% | STATE TAX | 288.60 |
| | TOTAL | 20632.36 |

IF QUESTIONS CONTACT: CHRIS O'CONNOR
AT PHONE: 781-774-6319
WE GLADLY ACCEPT MASTER CARD,
VISA AND AMERICAN EXPRESS.

| CARRIER CORPORATION, A DELAWARE CORP. F.E.I.N. 06-0891716 | 1 1/4 % 10 DAYS N30 | DUE 11/22/07 NET | AMOU 20632.36 |
|---|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, & 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED AND OF REGULATION ORDERS OF THE U.S. DEPT. OF LABOR ISSUED UNDER SEC. 14 THEREOF. . . ANY DIFFERENCES BETWEEN QUANTITIES ORDERED AND QUANTITIES SHIPPED HAVE BEEN BACK ORDERED AND WILL BE SHIPPED AS SOON AS RECEIVED. ANY CLAIM FOR SHORTAGE OR ADJUSTMENT MUST BE MADE WITHIN 30 DAYS. CONFIRMATORY ORDER AND INVOICE SEE REVERSE SIDE.

**Carrier Commercial Service**

June 5, 2007

**Charles Place**
460 Charles Street
Providence, RI 02940

Subject: Cooling Tower Repair
Quote No. 702RRF045

Gentlemen,

Carrier Commercial Systems and Services is pleased to provide this quotation to repair the existing Marley cooling tower at Charles Place as follows:

**Scope of Work**

- Provide and install new Marley flume assemblies for one (1) Marley cooling tower.
- Clean tower and pump strainer.
- Restart system.

For the above we quote..........................................................$2,878.00
(Two Thousand Eight Hundred Seventy Eight Dollars and 00/100)

The quoted price includes labor, (on a straight time basis), material, transportation, tools, and supervision as outlined. Only the items listed above are included in the price as quoted. Any additional work, if required, would be performed only upon your authorization and billed in addition to the quoted price. Material furnished by Carrier will be supplied in accordance with contractual requirements. No taxes of any kind are included in the quoted price.

We trust this quotation meets with your approval. Should you have any questions, please do not hesitate to call. Thank you for the opportunity to be of service.

Sincerely,

**CARRIER CORPORATION**

*Robert S. Fitzpatrick*
Service Representative
Carrier Corporation

*Michael A. Guyder*
Service Representative
Carrier Corporation

Authorized Acceptance signature ____________________ Date ____________

Title ____________________

Carrier Corporation
780 Dedham Street
Suite #100
Canton, MA 02021
781.774.6350 Fax 781.774.6351

The Terms & Conditions on reverse side are part hereof

MAY/17/2007/THU 11:27 PM F. 001/011

# CARRIER CORPORATION

6 BLACKSTONE VALLEY PLACE • SUITE 401 • LINCOLN, RI 02865
PHONE: 401.333.1480 • FAX: 401.333.0285

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| To: Charlie Tepalian | From: Bob Fitzpatrick |
| FAX NUMBER: 508 336-7336 | Date: 5/17/07 |
| COMPANY: Naples Holding | TOTAL NO. OF PAGES INCLUDING COVER: 11 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| Re: | YOUR REFERENCE NUMBER: |

☐ URGENT ☑ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Hi Charlie,

Here is contract for service @ 460 Charles as we discussed. Please let me know if you want to meet; cell # (508) 400-5652.

Thanks,
Bob



This SERVICE AGREEMENT entered into by and between:

**Naples Holding Corporation**
P. O. Box 6684
Providence, RI 02940

For service at:
460 CHARLES STREET
PROVIDENCE, RI

Service Maintenance Agreement Proposal Number 702RRF066

Proposal Date: May 15, 2007

Hereinafter referred to as
"CUSTOMER"
and
CARRIER COMMERCIAL SERVICE
Division of Carrier Corporation
Hereinafter referred to as
"CARRIER"

Carrier

CARRIER COMMERCIAL SERVICE

SERVICEPLUS
THE ULTIMATE IN SERVICE FLEXIBILITY

Carrier Corporation Printed In U.S.A. 01/03 808-304

# SERVICEPLUS

This SERVICE AGREEMENT shall be administrated by CARRIER Commercial Systems and Services' office presently located at:

780 Dedham Street
Canton, MA 02021

**EQUIPMENT SERVICED**
See "Equipment List" section for a list of equipment included in this SERVICE AGREEMENT.

**AGREEMENT PRICE**
The AGREEMENT PRICE shall be $38,696.00 annually, fixed for three years. Quarterly payments of $9,674.00 each apply.

**PREPAYMENT DISCOUNT**
The AGREEMENT PRICE may be pre-paid in advance and the following discounts shall apply:

One Year Pre-Pay....... Six Percent (6%) Discount
Two Year Pre-Pay.....Nine Percent (9%) Discount
Three Year Pre-Pay........Fifteen Percent (15%) Discount

**AGREEMENT TERM**
This AGREEMENT shall become effective upon May 1, 2007 and shall continue for a 3 year term. Either party may terminate this AGREEMENT according to the Early Termination Schedule, if any, or at the end of the first 1 year term or prior to the end of any subsequent year by giving the other party at least thirty (30) days prior written notice.

**ACCEPTANCE AND APPROVAL**
This shall become a valid AGREEMENT upon signature by CUSTOMER and signature by a CARRIER representative in the CARRIER Approval blocks below. The undersigned acknowledges and agrees by its signature that the General Provisions, Scope of Service, and any amendment or addenda prepared by CARRIER with respect thereto constitutes the entire AGREEMENT. Carrier Corporation and Taco Incorporated agree to use the attached "Schedule A General Terms and Conditions" as the terms and conditions of this AGREEMENT.

SUBMITTED BY: [signature] DATE: 5/17/07

Execution by Authorized Representatives: Robert S. Fitzpatrick

**CUSTOMER ACCEPTANCE:**

CHARLES PLACE ASSOC.
Customer Company Name

A. CHAS. TAPAHIAN
Customer Acceptance (typed/printed name)

G. P.
Title

[signature] 5/23/07
Customer Acceptance (signature) Date

**CARRIER APPROVAL:**

Carrier®
COMMERCIAL SERVICE

Carrier Approval (typed/printed name)

Title

Carrier Approval (signature) Date

SERVICEPLUS

CARRIER CORPORATION

TERMS AND CONDITIONS OF SALE – SERVICE (rev 4/5/05)

Carrier COMMERCIAL SERVICE

1. **PAYMENT AND TAXES** – Payment shall be made 1.25% 10/net 30 days from date of invoice. Carrier reserves the right to require cash payment or other alternative method of payment prior to completion of work if Carrier determines, in its sole discretion, that Customer or Customer's assignee's financial condition at any time does not justify continuance of the net 30 days payment term. In addition to the Agreement price, the Customer shall pay Carrier any applicable taxes or government charges that may be required in connection with the service or material furnished under this Agreement.
2. **WORKING HOURS** – All services performed under this Agreement including major repairs, are to be provided during Carrier's normal working hours unless otherwise agreed.
3. **ADDITIONAL SERVICE** – Services or parts requested by Customer in addition to those specified in this Agreement will be provided upon receipt of Customer's written authorization and invoiced at Carrier's prevailing labor rates and parts charges. Additional services or parts shall be supplied under the terms of this Agreement.
4. **EXCLUSIONS** – Carrier is not responsible for items not normally subject to mechanical maintenance including but not limited to: duct work, casings, cabinets, fixtures, structural supports, grillage, water piping, steam piping, drain piping, cooling tower fill, boiler tubes, boiler refractory, disconnect switches and circuit breakers. Carrier is not responsible for repairs, replacements, alterations, additions, adjustments, repairs by others, unscheduled calls or emergency calls, any of which may be necessitated by negligent operation, abuse, misuse, prior improper maintenance, vandalism, obsolescence, building system design, damage due to freezing weather, chemical/ electrochemical attack, corrosion, erosion, deterioration due to unusual wear and tear, any damage related to the presence of mold, fungi, mildew, or bacteria, damage caused by power reductions or failures or any other cause beyond Carrier's control.

   Carrier is not responsible for the identification, detection, abatement, encapsulating or removal of asbestos, products or materials containing asbestos, similar hazardous substances, or mold, fungi, mildew, or bacteria. In the event that Carrier encounters any asbestos product or any hazardous material in the course of performing its work, Carrier may suspend its work and remove its employees from the project, until such product or material, and any hazards connected with it are abated. Carrier shall receive an extension of time to complete its work and compensation for delays encountered as a result of such situation and its correction.

   Carrier shall not be required to perform tests, install any items of equipment or make modifications that may be recommended or directed by insurance companies, government, state, municipal or other authority. However, in the event any such recommendations occur, Carrier, at its option, may submit a proposal for Customer's consideration in addition to this Agreement. Carrier shall not be required to repair or replace equipment that has not been properly maintained.
5. **WARRANTY** – Carrier warrants that all service provided under this Agreement shall be performed in a workmanlike manner. Carrier also warrants all Carrier parts or components supplied hereunder to be free from defects in material and workmanship. For parts or components determined to be defective within one year from date of installation or before the termination date of this Agreement, whichever is earlier, and in the case of service, determined to be defective within ninety (90) days of completion of that service, Carrier shall at its option repair, replace, or issue a credit, for any such parts, components or service, provided they were not damaged, abused, or affected by chemical properties. Carrier shall not be liable for repairs required as a consequence of faulty installation by persons other than Carrier, misapplication, abuse, improper servicing, unauthorized alteration or improper operation by persons other than Carrier. Any claim for defective workmanship must be provided to Carrier in writing. THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Carrier's obligations to repair, replace, or issue credit for any defective parts, components or service shall be Customer's exclusive remedy.
6. **PROPRIETARY RIGHTS** – During the term of this Agreement and in combination with certain services, Carrier may elect to install, attach to Customer equipment, or provide portable devices (hardware and/or software) that shall remain the personal proprietary property of Carrier. No devices installed, attached to real property or portable device(s) shall become a fixture of the Customer locations. Customer shall not acquire any interest, title or equity in any hardware, software, processes, and other intellectual or proprietary rights to devices that are used in connection with providing service on Customer equipment.
7. **DELAYS** – Delays caused by conditions beyond the reasonable control of either party shall not be the liability of either party to this Agreement.
8. **CUSTOMER RESPONSIBILITIES** – Customer shall:
   - Provide safe and reasonable equipment access and a safe work environment.
   - Permit access to Customer's site, and use of building services including but not limited to: water, elevators, receiving dock facilities, electrical service and local telephone service.
   - Keep areas adjacent to equipment free of extraneous material, move any stock, fixtures, walls or partitions that may be necessary to perform the specified service.
   - Promptly notify Carrier of any unusual operating conditions.
   - Upon agreement of a timely mutual schedule, allow Carrier to stop and start equipment necessary to perform service.
   - Provide adequate water treatment.
   - Provide the daily routine equipment operation (if not part of this Agreement) including availability of routine equipment log readings.
   - Where Carrier's remote monitoring service is provided, provide and maintain a telephone line with long distance direct dial and answer capability.
   - Operate the equipment properly and in accordance with instructions.
   - Promptly address any issues that arise related to mold, fungi, mildew or bacteria.
9. **EQUIPMENT CONDITION & RECOMMENDED SERVICE** – Upon the initial scheduled operating and/or initial annual stop inspection, should Carrier determine the need for repairs or replacement, Carrier will provide Customer in writing an 'equipment condition' report including recommendations for corrections and the price for repairs in addition to this Agreement.

   In the event Carrier recommends certain services (that are not included herein or upon initial inspection) and if Customer does not elect to have such services properly performed in a timely fashion, Carrier shall not be responsible for any equipment or control failures, operability or any long-term damage that may result. Carrier at its option will either continue to maintain equipment and/or controls to the best of its ability, without any responsibility, or remove such equipment from this Agreement, adjusting the price accordingly.
10. **CUSTOMER TERMINATION** – Customer shall have the right to terminate this Agreement for Carrier's non-performance provided Carrier fails to cure such non-performance within 30 days after having been given prior written notice of the non-performance. Upon early termination or expiration of this Agreement, Carrier shall have free access to enter Customer locations to disconnect and remove any Carrier personal proprietary property or devices as well as remove any and all Carrier-owned parts, tools and personal property. Additionally, Customer agrees to pay Carrier for all incurred but unamortized service costs performed by Carrier including overheads and a reasonable profit.
11. **CARRIER TERMINATION** – Carrier reserves the right to discontinue its service any time payments have not been made as agreed or if alterations, additions or repairs are made to equipment during the term of this Agreement by others without prior agreement between Customer and Carrier.
12. **LIMITATION OF LIABILITY** – Under no circumstances shall Carrier be held liable for any incidental, special or consequential damages, including loss of revenue, loss of use of equipment or facilities, or economic damages based on strict liability or negligence. Carrier shall be liable for damage to property, other than the equipment provided under this Agreement, and to persons, to the extent that Carrier's negligent acts or omissions directly contributed to such injury or property damage. Carrier's maximum liability for any reason (except for personal injuries) shall consist of the refunding of all moneys paid by Customer to Carrier under this Agreement.
13. **WASTE DISPOSAL** – Customer is wholly responsible for the removal and proper disposal of waste oil, refrigerant and any other material generated during the term of this Agreement.
14. **CLAIMS** – Any suits arising from the performance or non-performance of this Agreement, whether based upon contract, negligence, strict liability or otherwise, shall be brought within one (1) year from the date the claim arose.
15. **GOVERNMENT PROCUREMENTS**- Carrier offers standard Commercial Items that may not comply with Government specifications. Carrier does not comply with the Cost Accounting Standards (CAS) or with the Federal Acquisition Regulations (FAR), except for FAR Part 12. In no event shall Carrier provide any Cost or Pricing Data in connection with this Agreement or subsequent modifications.
16. **SUPERSEDURE, ASSIGNMENT and MODIFICATION** – This Agreement contains the complete and exclusive statement of the agreement between the parties and supersedes all previous or contemporaneous, oral or written, statements. Customer may assign this Agreement only with Carrier's prior written consent. No modification to this Agreement shall be binding unless in writing and signed by both parties.

SERVICEPLUS

**EQUIPMENT LIST**

**Item:** **Absorption Chiller**
Quantity: 1
Serial Number: 5121600088
Model Number: 16DNP018

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |

**Item:** **Cooling Tower**
Quantity: 1
Serial Number: 0052663101
Model Number: Marley

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |

**Item:** **Pumps**
Quantity: 6
Serial Number: N/A
Model Number: N/A

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |

**Item:** **Boiler**
Quantity: 1
Serial Number: N/A
Model Number: Burnham KV1114-WNG

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |

# SERVICEPLUS

| | |
|---|---|
| Item: | **Microturbines** |
| Quantity: | 6 |
| Serial Numbers: | N/A |
| Model Number: | C60 |

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |

| Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |

| | |
|---|---|
| Item: | **Controls** |
| Quantity: | System |

| * Task and Options | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |

* Scope of work for controls system consists of quarterly visits to site for review of operation with owner and make seasonal adjustments as required. This service is limited to 16 hours of engineering technical services annually.

**SERVICEPLUS**

## TASK ACTION LIST

**Item:** Absorption Chiller
**Quantity:** 1

| Task and Actions | Year 1 | Frequency: Year 2 | Year 3 |
| --- | --- | --- | --- |
| Annual Maintenance | 1 | 1 | 1 |
| PERFORM SEASONAL EQUIPMENT CHANGEOVERS AS REQUIRED | x | x | x |
| REPORT TO CUSTOMER UPON ARRIVAL | x | x | x |
| LUBRICATE EQUIPMENT AS NEEDED | x | x | x |
| LEAK TEST ENTIRE UNIT USING ELECTRONIC LEAK DETECT | x | x | x |
| CALIBRATE OPERATING CONTROLS | x | x | x |
| CALIBRATE MOTOR AMPS & VOLTS | x | x | x |
| RECORD/VERIFY CONFIGURATIONS | x | x | x |
| RECORD SOFTWARE VERSIONS | x | x | x |
| CALIBRATE CONTROLS AND VOLTAGE | x | x | x |
| CALIBRATE FLOW SWITCHES | x | x | x |
| BRUSH CLEAN CONDENSER TUBES (head removal; blank end only) | x | x | x |
| BRUSH CLEAN ABSORBER TUBES (head removal; blank end only) | x | x | x |
| REVIEW AND EVALUATE LOG READINGS | x | x | x |
| CALIBRATE CONTROLS | x | x | x |
| REPLACE OIL RECLAIM FILTER/STRAINER(if applicable) | x | x | x |
| REPLACE DRIER CORES (W/A) | x | x | x |
| CLEAN UP WORK STATION | x | x | x |
| REPORT TO CUSTOMER ON DEPARTURE, ADVISE | x | x | x |

| Task and Actions | Year 1 | Frequency: Year 2 | Year 3 |
| --- | --- | --- | --- |
| Routine Operating Inspection | 4 | 4 | 4 |
| REPORT TO CUSTOMER UPON ARRIVAL | x | x | x |
| CHECK GENERAL MACHINE OPERATION | x | x | x |
| CHECK CONTROL, POWER AND PIPING | x | x | x |
| CHECK SAFETY/OPERATING CONTROLS | x | x | x |
| CHECK REFRIGERANT CHARGE VIA READINGS | x | x | x |
| CHECK STARTER WIRING AND CONTACTS | x | x | x |
| CHECK GAUGES / INDICATOR LIGHTS | x | x | x |
| CHECK WATER FLOW | x | x | x |
| LOG CHW/BRINE IN TEMPERATURE | x | x | x |
| LOG CHW/BRINE OUT TEMPERATURE | x | x | x |
| LOG CHW/BRINE FLOW DELTA P | x | x | x |
| LOG CHW/BRINE PUMP DELTA P | x | x | x |
| LOG COOLER LTD | x | x | x |
| LOG CONDENSER WATER IN TEMPERATURE | x | x | x |
| LOG CONDENSER WATER OUT TEMPERATURE | x | x | x |
| LOG CONDENSER WATER FLOW DELTA P | x | x | x |
| LOG CONDENSER WATER PUMP DELTA P | x | x | x |
| LOG CONDENSER REFRIGERANT TEMP | x | x | x |
| LOG CONDENSER REFRIGERANT PRESSURE | x | x | x |
| LOG CONDENSER LTD | x | x | x |
| CHECK APPROACHES THROUGH CALCULATION | x | x | x |
| CHECK FOR LEAKS | x | x | x |
| LUBRICATE AS NEEDED | x | x | x |
| MAKE EQUIPMENT ADJUSTMENTS AS REQUIRED | x | x | x |
| MAKE OPERATION/CONTROL ADJUSTMENTS AS REQUIRED | x | x | x |
| CLEAN UP WORK STATION | x | x | x |
| REPORT TO CUST, ADVISE & OBTAIN SIGNATURE | x | x | x |

# SERVICEPLUS

**Items:** **Cooling Tower**
**Quantity:** **1**

| Task and Actions | Year 1 | Frequency: Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |
| CLEAN COOLING TOWER BASINS | x | x | x |
| LUBRICATE TOWER DRIVE | x | x | x |
| CLEAN DISTRIBUTION PAN NOZZLES | x | x | x |
| CHECK ELECTRICAL CONNECTIONS | x | x | x |
| CHECK GENERAL FAN OPERATION | x | x | x |
| Operating Inspections | 4 | 4 | 4 |
| INSPECT EQUIPMENT IN OPERATION | x | x | x |

**Items:** **Pumps**
**Quantity:** **6**

| Task and Actions | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Annual Maintenance | 1 | 1 | 1 |
| REMOVE AND CLEAN SUCTION DIFFUSERS (Tower water) | x | x | x |
| LUBRICATE PUMPS AS REQUIRED | x | x | x |
| INSPECT AIR SEPARATORS & EXPANSION TANKS | x | x | x |
| CHECK MOTOR AMP DRAW | x | x | x |
| CHECK AND ADJUST PUMP ALIGNMENT | x | x | x |
| Operating Inspections | 4 | 4 | 4 |
| INSPECT EQUIPMENT IN OPERATION | x | x | x |

# SERVICEPLUS

**Item:** **Boiler Hot Water - Gas Fired**
**Quantity:** **1**

| Task and Actions | Frequency | | |
|---|---|---|---|
| **Annual Maintenance** | 1 | 1 | 1 |
| REPORT TO CUSTOMER UPON ARRIVAL | x | x | x |
| CHECK GENERAL OPERATING CONDITION | x | x | x |
| CHECK OPERATING AND SAFETY CONTROLS | x | x | x |
| CALIBRATE FUEL FEED/MIXTURE | x | x | x |
| CHECK BURNER PILOT AND MAIN FLAME SIGNAL | x | x | x |
| TEST HIGH LIMIT CONTROL | x | x | x |
| PULL WATER SAMPLE FOR ANALYSIS BY OTHERS | x | x | x |
| CHECK FOR LEAKS-WATER | x | x | x |
| DRAIN BOILER AND FLUSH WATER SIDE | x | x | x |
| DISASSEMBLE AND CLEAN LOW WATER CUT OFFS | x | x | x |
| TEST LOW WATER CUT-OFFS | x | x | x |
| CLEAN OUTSIDE COMBUST AIR DAMPERS/GRILLS | x | x | x |
| CHECK FOR FUEL LEAKS | x | x | x |
| CHECK AUTOMATIC WATER FEEDER | x | x | x |
| CHECK BOILER FEED WATER PUMPS | x | x | x |
| LUBRICATE EQUIPMENT | x | x | x |
| LUBRICATE MOTORS AND LINKAGES | x | x | x |
| CLEAN PILOT ASSEMBLY | x | x | x |
| CLEAN FLAME SENSOR | x | x | x |
| TEST LOW AND HIGH GAS PRESSURE CONTROLS | x | x | x |
| TIGHTEN ELECTRICAL CONNECTIONS | x | x | x |
| CHECK COMBUSTION AIR GRILL;DAMPERS;CNTLS | x | x | x |
| CLEAN BOILER FIRESIDE/FLUE | x | x | x |
| CLEAN BLOWERS COMBUSTION/INDUCED DRAFT | x | x | x |
| CLEAN BURNERS | x | x | x |
| CLEAN FLOAT CHAMBER | x | x | x |
| REPLACE INLET AIR FILTER | x | x | x |
| CHECK AUTOMATIC DRAFT CONTROLS | x | x | x |
| CLEAN UP WORK STATION | x | x | x |
| REPORT TO CUSTOMER ON DEPARTURE, ADVISE | x | x | x |

| Task and Actions | Frequency | | |
|---|---|---|---|
| **Operating Inspections** | 4 | 4 | 4 |
| REPORT TO CUSTOMER UPON ARRIVAL | x | x | x |
| CHECK GENERAL MACHINE OPERATION | x | x | x |
| CHECK FOR LEAKS | x | x | x |
| CHECK FOR LEAKS-WATER | x | x | x |
| CHECK OPERATING TEMPERATURE/PRESSURE | x | x | x |
| CHECK OPERATING AND SAFETY CONTROLS | x | x | x |
| CHECK BURNER AND PILOT | x | x | x |
| CHECK STACK DRAFT WITH GAUGE | x | x | x |
| CHECK AUTOMATIC DRAFT CONTROLS | x | x | x |
| CHECK AUTOMATIC WATER FEEDER | x | x | x |
| CHECK COMBUSTION AIR GRILL;DAMPERS;CNTLS | x | x | x |
| CHECK LINKAGES | x | x | x |
| CHECK BOILER FEED WATER PUMPS | x | x | x |
| CHECK SURFACE TEMPERATURE | x | x | x |
| TEST HIGH LIMIT CONTROL | x | x | x |
| TEST AIR FLOW SWITCH-BURNER/INDUCED DRAFT | x | x | x |
| TEST PILOT SAFETY | x | x | x |
| TEST MAIN FLAME SAFETY | x | x | x |
| TEST LOW WATER CUT-OFFS | x | x | x |
| TEST LOW AND HIGH GAS PRESSURE CONTROLS | x | x | x |
| TEST PILOT TURN DOWN FUNCTION | x | x | x |
| CALIBRATE SAFETY/OPERATING CONTROLS (A/R) | x | x | x |
| LUBRICATE EQUIPMENT AS NEEDED | x | x | x |
| ADJUST BURNER(S) | x | x | x |
| LOG FIRE RATE: HIGH MED LOW | x | x | x |
| LOG CARBON DIOXIDE | x | x | x |
| LOG OXYGEN | x | x | x |
| LOG STACK DRAFT | x | x | x |

SERVICEPLUS

| | | | |
|---|---|---|---|
| LOG WINDBOX PRESSURE | x | x | x |
| LOG ROOM TEMPERATURE | x | x | x |
| LOG GAS PRESSURE | x | x | x |
| LOG MAIN FLAME SIGNAL | x | x | x |
| LOG PILOT FLAME SIGNAL | x | x | x |
| LOG BURNER BTU INPUT | x | x | x |
| LOG BURNER KW INPUT | x | x | x |
| LOG BURNER TEST RESULTS (EFFICIENCY) | x | x | x |
| REVIEW AND EVALUATE LOG READINGS | x | x | x |
| CLEAN UP WORK STATION | x | x | x |
| REPORT TO CUSTOMER ON DEPARTURE, ADVISE | x | x | x |

**Item:** **C60 Microturbines**
**Quantity:** **6**

| Task and Actions | Frequency: Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Routine Operating Inspections | 4 | 4 | 4 |
| CHECK ENGINE AIR FILTERS | x | x | x |
| CHECK OPERATING TEMPERATURES & APPROACHES | x | x | x |
| CHECK GAS PRESSURE | x | x | x |
| CHECK GRID VOLTAGES | x | x | x |
| CHECK FREQUENCY OUTPUT | x | x | x |
| CHECK ENGINE SPEED | x | x | x |
| CHECK/CALCULATE EFFICIENCY | x | x | x |
| INSPECT ELECTRONIC AIR FILTERS | x | x | x |
| INSPECT EXTERNAL INLET FUEL FILTER | x | x | x |
| REVIEW FAULT HISTORY LOG | x | x | x |
| REVIEW WARNING FAULT LOG | x | x | x |

| Task and Actions | Frequency: Every 8,000 hours |
|---|---|
| Change Engine Air Filter | |
| Change External Inlet Fuel Filter | |
| Replace Igniter | |
| Change oil in gas compressor | |
| Replace oil separator element in gas comp | |

| Task and Actions | Frequency: Every 20,000 hours |
|---|---|
| Replace Injector assemblies | |
| Replace TET Thermocouples | |

SERVICEPLUS

## SCOPE OF SERVICE

**ROUTINE OPERATING INSPECTIONS**
Each Routine Operating Inspection is to consist of the task-actions listed herein for each equipment type and to be performed at the frequency listed.

**ANNUAL PREVENTIVE MAINTENANCE**
Each Annual Preventive Maintenance is to consist of pre-scheduled recurring preventive maintenance actions which are to be performed on a yearly interval determined by equipment operating hours that may be recommended by each equipment manufacturer. These annual tasks are designed to prepare the equipment for prime operating condition so that the equipment will operate effectively, reliably, and efficiently during the peak demand months.

**ENVIRONMENTAL, HEALTH AND SAFETY**
CARRIER is committed to conducting its operations in compliance with all environmental regulations and to providing a safe and healthful workplace for all of its employees. Our environmental, health and safety goals include preventing incidents that harm the environment, accidental injury to our employees and visitors, and/or exposure to harmful chemical or physical agents. Our goals also include the elimination of accidents that cause property loss, environmental damage, or result in the interruption to our business. To achieve these goals, environmental and safety rules and procedures will be enforced equally with production, quality, cost and ethical standards. Our objective is to provide quality products and services while actively conserving our human and natural resources. CARRIER firmly believes that all accidents and undesirable environmental incidents are preventable. Furthermore, every job can, and will, be done safely and in an environmentally-sound manner. Realization of these goals and objectives will demand maximum effort from every employee.

CARRIER's EH&S GOALS:

A. Create and maintain "Safety Awareness". Safety is everyone's responsibility, therefore make safety an integral part of every service job.
B. Strive to maintain a hazard-free work environment by requiring everyone to provide special attention to the equipment, processes and procedures utilized in the performance of our work.
C. Provide for the safeguarding of our employees while improving the effectiveness of our quality assurance and customer satisfaction programs.
D. Ensure compliance with applicable standards, regulations and codes established by local, state and federal agencies (re:OSHA).
E. Utilize safety and health training, positive reinforcement techniques, identification, evaluation and correction of hazards and unsafe work procedures and performance to achieve regulatory compliance.
F. Significant reduction in lost-time injuries, reportable accidents with the long range goal of no lost-time injuries and no recordable accidents.
G. Active participation by all CARRIER employees in applicable aspects of the safety program.
H. Provide CARRIER service operations with effective training based on both OSHA and CARRIER Safety Standards in the recognition, evaluation and control of hazards and dangerous work procedures and performances.
I. Establish safety kits to provide proper personal protective equipment for the assigned tasks.
J. Establishment of procedures for natural disasters, fire and emergency situations, including safe locations, exit routes, methods for accounting for employees in natural disasters.
K. Achieve and ensure the implementation of the safety program with the performance of safety, health and record-keeping audits by representatives of CARRIER's Safety Committee, and if necessary, enforcement through an accepted, written, adequately communicated disciplinary program.
L. Baseline' plot of equipment under current standard conditions.

The quoted price includes labor, (on a straight time basis), material, transportation, tools, and supervision as outlined. Only the items listed above are included in the price as quoted. Any additional work, if required, would be performed only upon your authorization and billed in addition to the quoted price. Material furnished by Carrier will be supplied in accordance with contractual requirements. Prices quoted do not include any sales, excise or similar taxes, it being understood that any which may apply will be added at cost.

We trust this quotation meets with your approval. Should you have any questions, please do not hesitate to call. Thank you for the opportunity to be of service.

Sincerely,

CARRIER CORPORATION

Michael A. Guyder

Authorized Acceptance signature                    Date

Title