UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES PLACE ASSOCIATES | : | |
| | : | |
| VS. | : | C.A. NO. 07-368 |
| | : | |
| CARRIER CORPORATION | : | |

**NOTICE TO TAKE DEPOSITION**

Kindly take notice that at ***10:00 a.m. on Thursday, February 14, 2008***, at the offices of HIGGINS, CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, Rhode Island, the attorneys for the defendant will take the deposition of ***Charles Tapalian,*** for the purpose of discovery or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths. You are hereby notified to attend said deposition and take such part in the examination as may be fit.

***See attached request for production for documents at deposition.***

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 23rd day of January, 2008, a true copy of the within was filed electronically and it is available for viewing and

downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John B. Reilly #1811
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
jreilly@lawyers-online.us

/s/ John T. Walsh, Jr., Esq.

Via mail to:

Reporting Associates
10 Dorrance Street
Providence, RI 02903