# DOCUMENTS REQUESTED

1. Complete original file [and/or an exact copy thereof] of all written materials or electronic transmissions of any nature whatsoever forwarded to or received by plaintiff corporation and/or Charles Tapalian and/or Naples Holding Company in any way related to the "Pure Comfort System" which is the subject matter of the complaint.

2. Without limiting the generality of the foregoing request, complete original file [and/or an exact copy thereof] of all written materials or electronic transmissions, forwarded by or sent to any person, firm or corporation by Charles Tapalian and/or plaintiff corporation and/or Naples Holding Company in any way related to the "Pure Comfort System".

3. Without limiting the generality of the foregoing requests, complete originals [and/or exact copies] of all written or electronic communications between and among Charles Tapalian, plaintiff corporation and/or Naples Holding Company and any third-party contractor, trade contractor, or subcontractor in any way related to the "Pure Comfort System", whether forwarded by Charles Tapalian, plaintiff corporation and/or Naples Holding Company or received by them in any way related to the "Pure Comfort System".

***This request excludes all attorney-client privileged documents or writings.***