UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

v. C.A. No. 07-368 S

CARRIER CORPORATION, individually
and doing business as "CARRIER COM-
MERCIAL SERVICE, a Division of Carrier
Corporation" and UNITED TECHNOLOGIES
COMPANY, individually and doing business
As "UTC Power, A United Technologies Company"

**PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT, ADDING A PARTY DEFENDANT**

Plaintiff, pursuant to Local Rule 15 of the Federal Court, respectfully moves this court allow it to file an Amended Complaint, in the manner and form attached hereto. A supporting memorandum accompanies this request and is incorporated herein, by reference.

CHARLES PLACE ASSOCIATES
By Its Attorney,

/S/ John B. Reilly

John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Phone 401-272-2800
Fax 401-272-2811

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 15, 2008 ___/S/ John B. Reilly, Esq.____