UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

v. C.A. No. 07-368 S

CARRIER CORPORATION, individually
and doing business as "CARRIER COM-
MERCIAL SERVICE, a Division of Carrier
Corporation" and UNITED TECHNOLOGIES
COMPANY, individually and doing business
As "UTC Power, A United Technologies Company"

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO FILE FIRST AMENDED COMPLAINT, ADDING A PARTY DEFENDANT**

Based upon the discovery of additional facts unknown at the time that this litigation began, plaintiff has moved to amend its Complaint adding a party defendant (United Technologies Corporation) and amending the relief that it seeks in Count One, in the manner and form accompanying its motion.

At the present time, discovery has been served but no depositions have been taken. Given the fact that the new information was only recently discovered, plaintiff has acted with the utmost dispatch in preparing and serving this motion. Furthermore, amendment of the pleadings at this early time will not serve to prejudice either the defendants or the additional prospective defendant. Accordingly, plaintiff respectfully requests that its motion be granted.

CHARLES PLACE ASSOCIATES
By Its Attorney,

_______/S/ John B. Reilly_______
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Phone 401-272-2800
Fax 401-272-2811

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 15, 2008 ___/S/ John B. Reilly, Esq.____