**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES PLACE ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 07-368 S |
| | : | |
| CARRIER CORPORATION, individually and doing business as "CARRIER COMMERCIAL SERVICE, a Division of Carrier Corporation | : | |

**DEFENDANT CARRIER CORPORATION'S MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Defendant Carrier Corporation hereby moves to extend the time within which to respond to plaintiff's request for production of documents and interrogatories, up to and including April 11, 2008. As grounds for said motion, defendant submits that counsel for Carrier Corporation, John T. Walsh, Jr., is court-excused from March 3, 2008 through April 4, 2008. As further grounds for the motion, defendant submits that additional time is needed within which to gather the documents and information required to respond to the forty-three paragraph request for production and extensive interrogatories.

Defendant, Carrier Corporation,
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr., Esq. #483
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401-273-8780

**CERTIFICATION**

I hereby certify that on the 5th day of March, 2008, a true copy of the within document was filed electronically and served electronically upon:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903

/s/ John T. Walsh, Jr., Esq.