UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

VS. C.A. NO. 07-368

CARRIER CORPORATION, individually and doing business as "CARRIER COMMERCIAL SERVICE, a Division of Carrier Corporation" and UNITED TECHONOLGIES COMPANY, individually and doing business as "UTC Power, a United Technologies Company"

**ENTRY OF APPEARANCE**

Paul S. Callaghan, Esq. hereby enters his appearance as co-counsel for defendants Carrier Corporation and United Technologies Corporation.

Defendants,
Carrier Corporation and United Technologies Corporation,
By their attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

/s/ Paul S. Callaghan, Esq.

Paul S. Callaghan, Esq. #4931
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401-273-8780

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 19th day of March 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John B. Reilly #1811
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
jreilly@lawyers-online.us

/s/ Paul S. Callaghan, Esq.