AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CHARLES PLACE ASSOCIATES

V.

CARRIER CORPORATION, individually and doing business as "CARRIER COMMERCIAL SERVICE, A Division of Carrier Corporation" and UNITED TECHNOLOGIES COMPANY, individually and doing business As "UTC Power, A United Technologies Company"

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07-368 S

TO: (Name and address of Defendant)

United Technologies ~~Company~~ Corporation
c/o Secretary of State
30 Trinity Street
Hartford, CT 06106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903

an answer to the ~~complaint~~ amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

DATE 3/11/08

Barbara Barletta

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date: March 18, 2008 |
| Name of Server: Roland E. Mailloux | Title: Connecticut State Marshal |

Then and by virtue hereof, on the 18th day of March, 2008, I made due and legal service on the within named Defendant, **UNITED TECHNOLOGIES CORPORATION,** by leaving two (2) verified true and attested copies of the within original **Summons and Complaint,** with and in the hands of Greta Giocoano, Executive Secretary, who is duly authorized to accept service for Susan Cogswell, Insurance Commissioner for the State of Connecticut. Said Insurance Commissioner is the duly authorized agent to accept service for the within named, in the City of Hartford.

## STATEMENT OF SERVICE FEES

| | | |
|---|---|---|
| Travel $ 4.85 | Services $ 97.00 | Total $ 101.85 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 18, 2008

Roland E. Mailloux-State Marshal
39 Russ Street
Hartford, CT 06106