UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

Plaintiff

v. C.A. No.: 07-368 S

CARRIER CORPORATION, individually
And doing business as "CARRIER COMMERCIAL
SERVICE, a Division of Carrier Corporation" and
UNITED TECHNOLOGIES COMPANY, individually
And doing business as "UTC Power, A United
Technologies Company"

Defendants

PLAINTIFF'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO WRITTEN DISCOVERY REQUESTS OF DEFENDANT, CARRIER CORPORATION

Plaintiff, Charles Place Associates, hereby moves pursuant to Rules 6(b) 33, and 34 of the Federal Rules of Civil Procedure, that this Court enter an order, enlarging the time in which Plaintiff may respond to defendants' written discovery requests (interrogatories and document production) up to and including Monday, May 5, 2008.

In support whereof, it will be noted that such interrogatories were served on March 19, 2008, and responses would thus be due by April 18, 2008. Defendant was served similar written discovery, requested an even greater extension of time to answer (30 days) and plaintiff did not object. Four (4) requests (two oral, two in writing) have been made to defendant, seeking agreement to this more brief extension of time, but no response has been received.

The additional time is necessary to gather all information necessary to accurately respond to such written discovery requests. Additionally, following a conference with the court on the morning of April 17, 2008, the parties conferred on possible means of settlement and deferred the taking of depositions of two (2) of defendants' employees in an effort to "clear the air" and allow time for settlement discussions to occur. Therefore, the extension of time is appropriate, is made within the period during which responses are otherwise due, is made in good faith, will not prejudice any party and should thus be allowed.

In accordance with the Rule LR Cv7 of the Local Rules of this Court, no separate memorandum of law seems required in support of this motion. Furthermore (as noted above), it

is certified that the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

Charles Place Associates
by its attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street
Providence, Rhode Island 02903
(401) 272-2800
FAX: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 18th day of April 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John T. Walsh, Esq.
Paul S. Callaghan, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ John B. Reilly