UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES
Plaintiff

v. C.A. No.: 07-368 S

CARRIER CORPORATION, individually
And doing business as "CARRIER COMMERCIAL
SERVICE, a Division of Carrier Corporation" and
UNITED TECHNOLOGIES COMPANY, individually
And doing business as "UTC Power, A United
Technologies Company"

Defendants

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO FURNISH INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Charles Place Associates ("Charles Place"), hereby moves that defendants be compelled to furnish those initial disclosures that are required by Rule 26(a)(1) of the Federal Rules of Civil Procedure (F.R.C.P.) within five (5) days of the entry of an order on this motion.

In support of this request, Charles Place avers, through counsel, that a conference has been conducted by the court at or during which the topic of initial disclosures was discussed. During the conference, the court advised counsel that it expected that the parties would comply with this mandatory portion of the F.R.C.P. Charles Place has done so but despite several requests, defendant has failed and/or refused to furnish such disclosures.

In accordance with the Rule LR Cv7 of the Local Rules of this Court, no separate memorandum of law seems required in support of this motion. Furthermore (as noted above), it is certified that the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

Charles Place Associates
by its attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 1, 2008 /s/ John B. Reilly