UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES PLACE ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 07-368 S |
| | : | |
| CARRIER CORPORATION, individually and doing business as "CARRIER COMMERCIAL SERVICE, a Division of Carrier Corporation" and UNITED TECHNOLOGIES COMPANY, Individually and doing business as "UTC Power, A United Technologies Company" | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO FURNISH INITIAL DISCLOSURES**

Defendants Carrier Corporation and United Technologies Corporation hereby object to plaintiff's motion to compel defendants to furnish initial disclosures pursuant to Rule 26(a)(1). Defendants rely upon the attached memorandum in support of their objection.

Defendants, Carrier Corporation and
United Technology Corporation,
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

/s/ John T. Walsh, Jr., Esq.

John T. Walsh, Jr., Esq. #483
Paul S. Callaghan, Esq. $4931
123 Dyer Street
Providence, RI 02903
401-272-3500

**CERTIFICATION**

I hereby certify that on the 1st day of May, 2008, a true copy of the within document was filed electronically and served electronically upon:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903

/s/ John T. Walsh, Jr., Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES PLACE ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 07-368 S |
| | : | |
| CARRIER CORPORATION, individually and doing business as "CARRIER COMMERCIAL SERVICE, a Division of Carrier Corporation" and UNITED TECHNOLOGIES COMPANY, Individually and doing business as "UTC Power, A United Technologies Company" | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO FURNISH INITIAL DISCLOSURES**

Defendants Carrier Corporation and United Technologies Corporation hereby object to plaintiff's motion to compel defendants to furnish initial disclosures pursuant to Rule 26(a)(1). As grounds for their objection, defendants submit that on or about April 11, 2008, defendant Carrier Corporation provided a response to plaintiff's request for production of documents. In the response, defendant indicated that the documents attached to the response comprised all non-privileged documents. In addition, defendant's answer to interrogatories which were provided to plaintiff on or about April 11, 2008 set forth the names and addresses of all individuals with knowledge regarding this matter and a computation of the damages which are the subject of defendants' counterclaim. Therefore, the initial disclosure is superfluous in that the information and documents have already been provided in response to plaintiff's interrogatories and request for production of documents. Defendants have this day served by regular mail an initial disclosure pursuant to Rule 26(a)(1) incorporating by reference the previous answers to interrogatories and response to plaintiff's request for production of documents served on or about April 11, 2008.

Defendants, Carrier Corporation and
United Technology Corporation,
By Its Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

/s/ John T. Walsh, Jr., Esq.

John T. Walsh, Jr., Esq. #483
Paul S. Callaghan, Esq. $4931
123 Dyer Street
Providence, RI 02903
401-272-3500

# CERTIFICATION

I hereby certify that on the 1st day of May, 2008, a true copy of the within document was filed electronically and served electronically upon:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903

/s/ John T. Walsh, Jr., Esq.