UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES
Plaintiff

v. C.A. No.: 07-368 S

CARRIER CORPORATION, individually
And doing business as "CARRIER COMMERCIAL
SERVICE, a Division of Carrier Corporation" and
UNITED TECHNOLOGIES COMPANY, individually
And doing business as "UTC Power, A United
Technologies Company"
Defendants

**STIPULATION WITHDRAWING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO FURNISH INITIAL DISCLOSURES**

In the above-entitled matter it may entered that plaintiff hereby withdraws its motion to compel defendants to furnish initial disclosures on the basis of the receipt of initial disclosures on Friday, May 2, 2008.

Charles Place Associates
by its attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

I hereby certify that on the 5th day of May, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

John T. Walsh, Jr., Esq.
Paul S. Callaghan, Esq.
HIGGINS, CAVANAUGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903

/s/ John B. Reilly