**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES PLACE ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 07-368 S |
| | : | |
| CARRIER CORPORATION, individually | : | |
| and doing business as "CARRIER COMMERCIAL | : | |
| SERVICE, a Division of Carrier Corporation" | : | |
| and UNITED TECHNOLOGIES COMPANY, | : | |
| Individually and doing business as "UTC Power, | : | |
| A United Technologies Company" | : | |

**DEFENDANT CARRIER CORPORATION'S MOTION TO COMPEL PLAINTIFF TO PROVIDE ANSWERS TO INTERROGATORIES AND A RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Carrier Corporation hereby moves for an order compelling plaintiff Charles Place Associates to provide answers to defendant's interrogatories and a response to defendant's request for production of documents. As grounds for said motion, defendant submits that the interrogatories and request for production were served on or about March 19, 2008. Plaintiff was subsequently granted an extension of time, up to and including May 5, 2008, within which to provide answers to interrogatories and a response to defendant's request for production of documents. To date, defendant has not received the answers to interrogatories or response to request for production. Therefore, defendant respectfully requests that this court enter an order compelling plaintiff to provide answers to interrogatories and a response to defendant's request for production of documents.

Defendant, Carrier Corporation,
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr., Esq. #483
Paul S. Callaghan, Esq. $4931
123 Dyer Street
Providence, RI 02903
401-272-3500

**CERTIFICATION**

I hereby certify that on the 7th day of May, 2008, a true copy of the within document was filed electronically and served electronically upon:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903

/s/ John T. Walsh, Jr.,