UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

v. C.A. No. 07-368 S

CARRIER CORPORATION, individually and doing business as "CARRIER COMMERCIAL SERVICE, a Division of Carrier Corporation" and UNITED TECHNOLOGIES COMPANY, individually and doing business As "UTC Power, A United Technologies Company"

**PLAINTIFF'S OBJECTION TO DEFENDANT, CARRIER CORPORATION'S, MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND A RESPONSE TO DEFENDANT'S DOCUMENT PRODUCTION REQUESTS (Document 29)**

Plaintiff hereby objects to the motion of defendant, Carrier Corporation, to compel answers to interrogatories and furnish a response to its document production requests on the basis of the following:

(a) Defendant failed to confer or attempt to confer about these issues before filing its motion in derogation of Rule 37(a)(1) for the Federal Rules of Civil Procedure ("F.R.C.P.").

(b) Defendant's motion does not (and cannot truthfully) include the mandatory certification of having conferred or attempted to confer in an effort to obtain the discovery without court action as is required by Rule 37(a)(1).

(c ) Plaintiff granted defendant all that time that it requested to respond to discovery addressed to defendant and did not complain when that information was received shortly after the extension deadline;

(d) Had defendant bothered to pick up the telephone to confer about this, it would have learned that plaintiff's principal was first available to review the voluminous documents

requested and sign interrogatory answer on Wednesday, May 7, 2008 and that this is exactly what occurred; and

(e) The discovery responses sought to be compelled by the motion are being copied and will be delivered on the afternoon of Thursday, May 8, 2008 (the date of this opposition).

Accordingly, plaintiff's motion should be denied for all such reasons and defendant should be sanctioned if it presses its motion notwithstanding the same.

In accordance with the Local Rules of this Court, no separate memorandum of law seems required in support of this motion.

Charles Place Associates
By its attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 8th day of May 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John T. Walsh, Esq.
Paul S. Callaghan, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ John B. Reilly