UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

Plaintiff

v. C.A. No.: 07-368 S

CARRIER CORPORATION, individually
And doing business as "CARRIER COMMERCIAL
SERVICE, a Division of Carrier Corporation" and
UNITED TECHNOLOGIES COMPANY, individually
And doing business as "UTC Power, A United
Technologies Company"

Defendants

**UNOPPOSED MOTION TO AMEND PRETRIAL ORDER SCHEDULE OF EVENTS**

Plaintiff, Charles Place Associates, (hereinafter "plaintiff"), respectfully moves that the Pretrial Order scheduling dates previously issued by the Court be amended as follows:

1. Fact Discovery Closure: that the date for fact discovery closure be changed from August 18, 2008 to **October 17, 2008**.

2. Expert Discovery Disclosures: that Plaintiff's expert witness disclosures date be changed from May 15, 2008 to **July 15, 2008**. Defendants' expert disclosure deadline be changed from June 15, 2008 to **August 15, 2008**. Closure of all expert discovery be changed from August 18, 2008 to **October 18, 2008**.

3. Dispositive Motions: that the dispositive motions date be changed from September 5, 2008 to **November 5, 2008**.

4. Pretrial Memoranda: that 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, the date for Pretrial Memoranda be changed from September 18, 2008 to **November 18, 2008**.

5. In support of this request, it is represented that initial exchanges of written discovery, delays occasioned by attempts to settle the matter and vacations of counsel have essentially caused the loss of about two (2) months of time in dealing with discovery issues in this case. Furthermore, recent events have raised issues unforeseen at the time of the original conference, some of which have resulted in the amendment of plaintiff's complaint and the counterclaims made by the defendants.

6. No party will be prejudiced by this alteration of the deadlines of the existing Order and no previous requests of this type have been made by the parties.

7. Counsel for the plaintiff has conferred with counsel for the defendants and as a result of that discussion and upon information and belief, this motion is not opposed by the defendants.

**WHEREFORE**, plaintiff moves that this request be granted and that the Court's Pretrial Order be amended accordingly.

Charles Place Associates
by its attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 13th day of May 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John T. Walsh, Esq.
Paul S. Callaghan, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ John B. Reilly