UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES PLACE ASSOCIATES

Plaintiff

v. C.A. No.: 07-368 S

CARRIER CORPORATION, individually
And doing business as "CARRIER COMMERCIAL SERVICE, a Division of Carrier Corporation" and UNITED TECHNOLOGIES COMPANY, individually And doing business as "UTC Power, A United Technologies Company"

Defendants

**ASSENTED TO MOTION TO FURTHER AMEND PRETRIAL ORDER SCHEDULE OF EVENTS**

Plaintiff, Charles Place Associates, (hereinafter "plaintiff"), respectfully moves that the Pretrial Order scheduling dates previously issued by the Court, and amended by Text Order on June 9, 2008, be further amended as follows:

1. Fact Discovery Closure: that the date for fact discovery closure be changed from October 17, 2008 to **January 17, 2009**.

2. Expert Discovery Disclosures: that Plaintiff's expert witness disclosures date be changed from July 15, 2008 to **October 15, 2008**. Defendants' expert disclosure deadline be changed from August 15, 2008 to **November 15, 2008**. Closure of all expert discovery be changed from October 18, 2008 to **January 18, 2009**.

3. Dispositive Motions: that the dispositive motions date be changed from November 5, 2008 to **February 5, 2009**.

4. Pretrial Memoranda: that 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, the date for Pretrial Memoranda be changed from November 18, 2008 to **February 18, 2009**.

5. In support of this request, it is represented that the parties are engaged in settlement discussions and will be re-contacting the federal mediator, Berry B. Mitchell, to request his assistance with this process.

6. No party will be prejudiced by this alteration of the deadlines of the existing Order.

7. Counsel for the plaintiff has conferred with counsel for the defendants and counsel for the defendants assents to this motion.

**WHEREFORE**, plaintiff moves that this request be granted and that the Court's Pretrial Order be further amended accordingly.

Charles Place Associates
by its attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 15th day of July 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

John T. Walsh, Esq.
Paul S. Callaghan, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

/s/ John B. Reilly